Order Filed on April 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Martin G. Rusnak, | Case No. 18-16295-MBK |
| | Hearing Date: January 22, 2019 at 9:00 am |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

ORDERED

**DATED: April 2, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor:            Martin G. Rusnak
Case No.:          18-16295
Caption of Order:  **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

THIS MATTER having been opened to the Court upon the motion of Select Portfolio Servicing, Inc. as servicer for CSMC 2018-SP3 Trust ("Movant"), by Movant's Motion to Vacate Automatic Stay with respect to the property known 18 White Pine Dr, Medford, NJ 08055, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is delinquent six (6) post-petition payments due August 1, 2018 through January 1, 2019, each payment in the amount of $2,322.85, less suspense of $2,000.59, for a total delinquency of $11,936.51.

2. Debtor shall pay arrears in the amount of $11,936.51 by making five (5) equal monthly payments of $1,989.41 beginning February 1, 2019 through June 1, 2019 and one (1) payment in the amount of $1,989.46 on July 1, 2019, to cure the arrears due through January 1, 2019.

3. Debtor shall resume post-petition payments to be paid timely and in full with the February 1, 2019 payment.

4. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 18 White Pine Dr, Medford, NJ 08055.

[SPACE INTENTIONALLY LEFT BLANK]

Consent to Form and Entry

| | |
|---|---|
| McCalla Raymer Leibert Pierce, LLC<br>Attorney for the Secured Creditor | Law Offices of Andrew B. Finberg, LLC<br>Attorney for the Debtor |
| By: _____ | By: _____<br>Andrew B. Finberg |
| Date: 3.11.19 | Date: 3.8.2019 |