McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on April 2, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
| | Case No. 18-16295-MBK |
| Martin G. Rusnak, | Hearing Date:  January 22, 2019 at 9:00 am |
| Debtor. | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

ORDERED

**DATED: April 2, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| Debtor: | Martin G. Rusnak |
|---|---|
| Case No.: | 18-16295 |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the motion of Select Portfolio Servicing, Inc. as servicer for CSMC 2018-SP3 Trust ("Movant"), by Movant's Motion to Vacate Automatic Stay with respect to the property known 18 White Pine Dr, Medford, NJ 08055, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1.    Debtor is delinquent six (6) post-petition payments due August 1, 2018 through January 1, 2019, each payment in the amount of $2,322.85, less suspense of $2,000.59, for a total delinquency of $11,936.51.

2.    Debtor shall pay arrears in the amount of $11,936.51 by making five (5) equal monthly payments of $1,989.41 beginning February 1, 2019 through June 1, 2019 and one (1) payment in the amount of $1,989.46 on July 1, 2019, to cure the arrears due through January 1, 2019.

3.    Debtor shall resume post-petition payments to be paid timely and in full with the February 1, 2019 payment.

4.    If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 18 White Pine Dr, Medford, NJ 08055.

[SPACE INTENTIONALLY LEFT BLANK]

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By: _____

Date: _____3.11.19_____

Law Offices of Andrew B. Finberg, LLC
Attorney for the Debtor

By: _____
    Andrew B. Finberg

Date: _____3.8.2019_____

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-16295-MBK
Martin G. Rusnak                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Apr 02, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
db              +Martin G. Rusnak,    18 White Pine Drive,    Medford, NJ 08055-9340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com
        Andrew B. Finberg    on behalf of Debtor Martin G. Rusnak andy@sjbankruptcylaw.com,
         abfecf@gmail.com;finbergar39848@notify.bestcase.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for CSMC
         2018-SP3 Trust NJ_ECF_Notices@McCalla.com
        Melissa N. Licker    on behalf of Creditor    CSMC 2018-SP3 Trust NJ_ECF_Notices@McCalla.com
        Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
         CSMC 2018-SP3 Trust phillip.raymond@mccalla.com
        Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
         phillip.raymond@mccalla.com
        Steven P. Kelly    on behalf of Creditor    Capital One, N.A. skelly@sterneisenberg.com,
         bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10