Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.: 18−16295−MBK
                                      Chapter:  13
                                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Martin G. Rusnak
    18 White Pine Drive
    Medford, NJ 08055

Social Security No.:
    xxx−xx−2525

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/21/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2019
JAN: kmf

                                                                               Jeanne Naughton
                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16295-MBK
Martin G. Rusnak                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 22, 2019
                              Form ID: 148             Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Martin G. Rusnak,    18 White Pine Drive,   Medford, NJ 08055-9340
cr             +Capital One, N.A.,   c/o Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
517424974      +Bank of America,   c/o David Kenneth Kowalenko,   Rubin & Rothman, LLC,
                 1787 Veterans Memorial Hwy,   Islandia, NY 11749-1500
517576290      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517541345      +Capital One N.A.,   Capital One, N.A., Payment Processing,   PO Box 105385,
                 Atl, GA 30348-5385
517424975       Capital One NA,   PO Box 21887,   Saint Paul, MN 55121-0887
517424977     #+Dana Sleeman,   525 Cormorant Drive,   Voorhees, NJ 08043-3202
517424979      +State Collection Service,   PO Box 6250,   Madison, WI 53716-0250
517519343      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:22     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517424973       EDI: BANKAMER.COM Nov 23 2019 05:48:00     Bank of America,   PO Box 982238,
                 El Paso, TX 79998
517447528      +EDI: AIS.COM Nov 23 2019 05:48:00     Capital One N.A.,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517424976      +EDI: CHASE.COM Nov 23 2019 05:48:00     Chase/Bank One Card Services,   PO BOX 15298,
                 Wilmington, DE 19850-5298
517775702      +E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2019 01:27:27
                 Select Portfolio Servicing, Inc.,   Bankruptcy Department,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250,   Select Portfolio Servicing, Inc.,
                 Bankruptcy Department 84165-0250
517775701       E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2019 01:27:27
                 Select Portfolio Servicing, Inc.,   Bankruptcy Department,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
517424980       EDI: TFSR.COM Nov 23 2019 05:48:00     Toyota Financial Services,   P.O. Box 17187,
                 Baltimore, MD 21297-0511
517424978       EDI: USBANKARS.COM Nov 23 2019 05:48:00     Elan Financial Services,   777 E Wisconsin Ave,
                 Milwaukee, WI 53202
517553496      +EDI: AIS.COM Nov 23 2019 05:48:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                   Date Rcvd: Nov 22, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew B. Finberg    on behalf of Debtor Martin G. Rusnak andy@sjbankruptcylaw.com,
               abfecf@gmail.com;finbergar39848@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for CSMC
               2018-SP3 Trust NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc.
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    CSMC 2018-SP3 Trust NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               CSMC 2018-SP3 Trust phillip.raymond@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com
              Steven P. Kelly    on behalf of Creditor    Capital One, N.A. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```